FILED
SEP 08 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-36-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| RHONDA CARR SAULSBURY ) | |

The United States Attorney charges that:

Beginning in November 2000, and continuing thereafter until April 2024, both dates being approximate and inclusive, in the Eastern District of North Carolina, the defendant, RHONDA CARR SAULSBURY, knowingly and willfully embezzled, stole, purloined, and converted to her own use, federal funds of the United States, that is, Social Security Administration benefit payments, with an aggregate value of more than $1,000.

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

The forfeitable property includes, but is not limited to, the following:

<u>Forfeiture Money Judgment</u>:

(a) A sum of money representing the gross proceeds of the offense(s) charged herein against RHONDA CARR SAULSBURY, in the amount of $244,785.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section

2

Case 4:25-cr-00036-M    Document 1    Filed 09/08/25    Page 2 of 3

853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

W. ELLIS BOYLE
United States Attorney

*/s/ Scott Lemmon*

BY: SCOTT A. LEMMON
Assistant United States Attorney

3

Case 4:25-cr-00036-M    Document 1    Filed 09/08/25    Page 3 of 3